UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AIDAN FORSYTH,<br><br>　　　　　Plaintiff/Relator,<br><br>v.<br><br>M. WARD MANUFACTURING COMPANY, INC., et al,<br><br>　　　　　Defendants. | Civil Action　No. 1:23-cv-04878<br><br>**FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730** |

## AGREED ORDER

This cause before the Court on Plaintiff/Relator Aidan Forsyth's Rule 4l(a)(l)(A)(i) Motion for Voluntary Dismissal Without Prejudice, the United States consenting to the dismissal of this case, so long as the dismissal is without prejudice to the United States, IT IS HEREBY ORDERED:

1. Plaintiff/Relator Aidan Forsyth's Motion [16] is GRANTED;

2. The case is dismissed, without prejudice, as to the United States and as to Plaintiff/Relator;

3. The case is unsealed, however, all documents within the case are to remain under seal except for the following:

    a. The Complaint [7]; and

    b. Plaintiff/Relator's Motion for Voluntary Dismissal Without Prejudice [16] and the Agreed Order on that Motion.

4. The case is closed.

Dated: 6/5/2025

　　　　　　　　　　　　　　　　　　　　　ENTERED:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. VIRGINIA M. KENDALL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE